AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

NATUREX, INC. (dba Pure World Botanicals, Inc.)

V.

Phyto Tech Corp. (dba Blue California) and Steven Chen

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-3582 (FSH)

TO: (Name and address of Defendant)

Steven Chen
Phyto Tech d/b/a/ Blue California
30011 Tomas
Rancho Santa Marguerita, CA 92688

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald A. Robinson, Esq.
Robinson & Livelli
Two Penn Plaza East
Newark, New Jersey 07102
(973) 690-5400

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH          8-4-06

CLERK          DATE

DIANNE C. RICHARDS

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      NEW JERSEY

NATUREX, INC. (dba Pure World Botanicals, Inc.)

V.

Phyto Tech Corp. (dba Blue California) and Steven Chen

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  06-3582 (F-JH)

TO: (Name and address of Defendant)

Phyto Tech Corp
30011 Tomas
Rancho Santa Marguerita, CA 92688

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald A. Robinson, Esq.
Robinson & Livelli
Two Penn Plaza East
Newark, New Jersey 07102
(973) 690-5400

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                                    8-4-06

CLERK                                               DATE
**DIANNE C. RICHARDS**

(By) DEPUTY CLERK